116904-7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-22065-KMW

NOVO NORDISK A/S and NOVO NORDISK
INC.,

        Plaintiffs,

v.

BOF MEDICAL CENTER, INC.,

        Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, Novo Nordisk A/S and Novo Nordisk Inc., and Defendant, BOF Medical Center, Inc., by and through undersigned counsel hereby file this Joint Notice of Settlement pursuant to Local Rule 16.4.

As of June 11, 2025, the Parties reached a resolution of the claims asserted in the Complaint and are currently working on finalizing and executing the settlement agreement and dismissal papers. Upon the execution of the finalized agreement, the Parties will proceed to file dismissal of the instant action without prejudice pursuant to Federal Rule of Civil Procedure 41.

Dated:  6/11/2025

                                        Respectfully submitted,

Jordan S. Cohen, Esquire (551872)
Michelle A. Juarez, Esquire (1030924)
WICKER SMITH O'HARA
McCOY & FORD, P.A.
515 E. Las Olas Blvd., Suite 1400

John H. Schulte, Esq.
Florida Bar No.: 100229
650 Valencia Ave, Suite 303
Coral Gables, FL 33134
Phone: (305 389-6596

CASE NO. 1:24-cv-22065-KMW

Fort Lauderdale, FL 33301
Telephone:     (954) 847-4800
Facsimile:     (954) 760-9353
*Attorneys for Novo Nordisk A/S and
Novo Nordisk Inc.*

johnschulte@comcast.net
john@jhschultelaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk

of Court using the CM/ECF system on ___June  11___, 20 25, and the foregoing document

is being served this day on all counsel or parties of record, either via transmission of Notices of

Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or

parties who are not authorized to receive Notices of Electronic Filing.


_____
Michelle A. Juarez, Esquire